service of a copy of this order and notice of entry thereof, pays to the respondent the costs of this motion, upon the payment of which the motion is denied, and the appellant has leave to apply to the Special Term for such relief as he may be advised, without prejudice to the pending application.

BARNETT, Respondent, v. SCHWORTZ-REICH, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by William Barnett against Leo Schwortzreich. E. S. Schwartz, for appellant. J. H. San, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARTLETT, Respondent, v. BEAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by George D. Bartlett against Henry W. Bean, the Stevens-Hewitt Engineering Company, and others. No opinion. Judgment and order unanimously affirmed, with costs.

BARTLETT, Respondent, v. M. D. KNOWLTON CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Mortimer Bartlett against the M. D. Knowlton Company and others. J. T. Fenlon, for appellants. P. Carpenter, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and DOWLING, JJ., dissent as to the defendant corporation.

BEDFORD CONST. CO., Respondent, v. DUBROFF, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the supplementary proceedings of the Bedford Construction Company against Abraham Dubroff. No opinion. Order affirmed, with $10 costs and disbursements.

BEGLEY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mary Begley, an infant, by Catherine J. Begley, her guardian ad litem, against the Interborough Rapid Transit Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless the plaintiff stipulate to reduce the verdict to $15,000, in which event the judgment, as reduced, and order, are unanimously affirmed, without costs.

BELFER, Respondent, v. DIEDRICK, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Samuel J. Belfer against August Diedrick. No opinion. Judgment and order of the Municipal Court affirmed, with costs. See, also, 133 App. Div. 112, 117 N. Y. Supp. 206.

BENEVOLENT AND PROTECTIVE ORDER OF ELKS, Respondent, v. IMPROVED BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE WORLD et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Benevolent and Protective Order of Elks against the Improved Benevolent and Protective Order of Elks of the World and another No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 120 N. Y. Supp. 1113.

BENNETT, Appellant, v. NEW YORK & BROOKLYN BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Minnie Bennett against the New York & Brooklyn Brewing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERGEN IRON WORKS, Respondent, v. TROETEL BURGLAR ALARM LOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by the Bergen Iron Works against the Troetel Burglar Alarm Lock Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERRIAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Samuel A. Berrian, as administrator, against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BICKERSTAFF, Respondent, v. PERLEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Rolland M. Bickerstaff against Frank L. Perley, impleaded with others. F. Bien, for appellant. G. E. Joseph, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

MILLER and DOWLING, JJ., dissent.

BILDER, Appellant, v. ELLIS, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Nathan Bilder against Charles E. Ellis. J. H. Cohen, for appellant. G. A. Knobloch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BIRD et al., Respondents, v. CASEIN CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by William B. Bird and others against the Casein Company of America. C. J. Hardy, for appellant. W. S. Haskell, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents, on the ground that the contract was severable.